# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SATA GmbH & Co. KG, | Case No. 2:13-cv-02042-APG-NJK |
| Plaintiff, | **O R D E R** |
| v. | |
| Wenzhon T&E Industrial Co., Ltd., et al, | |
| Defendants. | |

Defendant has filed an Emergency Motion to Continue the Hearing on Plaintiff's Motion for Preliminary Injunction [Dkt. #12]. In that Emergency Motion, Defendant requests additional time to prepare an opposition to the Motion for Preliminary Injunction. Defendant also agrees to the extension of the pending Temporary Restraining and Seizure Order [Dkt. #10] to accommodate the parties. Plaintiff opposes the Emergency Motion [Dkt. #16] only to the extent that Plaintiff seeks a reasonable time to file a Reply in support of its Motion for Preliminary Injunction.

The Temporary Restraining and Seizure Order [Dkt. #10] entered on November 6, 2013 is hereby extended to December 20, 2013 at 5:00 p.m. unless otherwise modified by court order.

Based on the Court's calendar, the November 20, 2013 hearing on the Motion for Preliminary Injunction is hereby vacated and rescheduled for December 20, 2013 at 10:00 a.m. The parties shall confer and agree upon a reasonable briefing schedule, provided that the last filing is made no later than noon on Friday, December 13. The parties shall submit a Stipulated Order setting forth their proposed briefing schedule by November 19. If the parties cannot

agree upon a briefing schedule, they shall submit a Joint Status Report with their proposed alternative dates.

Dated: November 14, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2