# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, ) <br> ) <br>           Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> WENZHOU T&E INDUSTRIAL CO., et al., ) <br> ) <br>           Defendants. ) <br> ) | Case No. 2:13-cv-02042-APG-NJK <br><br> ORDER GRANTING MOTION TO FILE UNDER SEAL <br><br> (Docket No. 44) |

      Pending before the Court is Plaintiff's motion to file under seal Exhibit A attached to the Declaration of Jonathan W. Fountain In Support of Plaintiff's Motion for Default Judgment and Permanent Injunction. Docket No. 44. The document at issue consists of the hourly rates charged by Plaintiff's counsel, Lewis Roca Rothgerber LLP. *See, e.g.*, Docket No. 43.

      The Ninth Circuit has held that there is a presumption of public access to judicial files and records, and that parties seeking to maintain the secrecy of documents attached to dispositive motions must show compelling reasons sufficient to overcome the presumption of public access. *See, e.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Plaintiff represents that this business information is Lewis Roca Rothgerber's trade secrets and is not generally known. Docket No. 44. The Court finds that compelling reasons exist to seal the hourly rates charged by Plaintiff's counsel that outweigh the public's right to access. *See, e.g., Mine O'Mine, Inc. v. Calmese*, 2012 U.S. Dist. Lexis 53077, *10 (D.Nev. 2012). Accordingly, Plaintiff's motion to file under seal (Docket No. 44) is **GRANTED**.

      IT IS SO ORDERED.

      DATED: September 11, 2014

                                                      _____ <br>
                                                      NANCY J. KOPPE <br>
                                                      United States Magistrate Judge