MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
mrounds@bhfs.com
STEVEN A. CALOIARO, ESQ., Nevada Bar No. 12344
scaloiaro@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile:  775.333.8171

*Attorneys for Plaintiff SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>Wenzhou T&E Industrial Co., Ltd.<br><br>Defendant. | CASE NO.: 2:13-cv-02042-APG-NJK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO DESTROY COUNTERFEIT GOODS** |

Plaintiff SATA GmbH & Co. KG ("SATA") by and through its attorneys of record, Brownstein Hyatt Farber Schreck, LLP, has moved this Court for an Order allowing the destruction of counterfeit goods seized from Defendant Wenzhou T&E Industrial Co., Ltd. ("T&E") at its 2016 SEMA Auto Show Booth.

The Court, having duly considered SATA's Application and the declarations and exhibits submitted therewith, hereby makes the following findings and conclusions:

1. On October 28, 2014, the Court issued its Final Amended Judgment that included a permanent injunction. (ECF No. 51);

2. On the same the day, the Court issued a Writ of Execution in favor of SATA and against T&E for $2,014,715.00;

018482\0005\15396786.1

3. On November 1, 2016, with the assistance of the U.S. Marshall's office, SATA seized goods in an attempt to satisfy its Final Amended Judgment;

4. During the seizure, SATA discovered six (6) counterfeit paint spray guns;

5. SATA cannot legally sell these counterfeit goods in order to satisfy the Final Amended Judgment; and,

6. SATA properly notified the U.S. Attorney on January 13, 2017 of the Application for an Order allowing the destruction of the counterfeit goods in compliance with the notice provision of 15 U.S.C. § 1118.

**IT IS HEREBY ORDERED** that the six (6) counterfeit paint spray guns be immediately destroyed.

**IT IS HEREBY FURTHER ORDERED** that, SATA shall not have to reduce the Final Judgment or account for the counterfeit paint spray guns in any manner whatsoever.

Dated: February 2, 2017.

_____
**UNITED STATES DISTRICT JUDGE**